FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
FAX:  (702) 252-7411
wselert@laborlawyers.com
Attorneys for Clark County Department of Aviation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NESTOR NAZARENO, Individually<br><br>   Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DEPARTMENT OF AVIATION,<br><br>   Defendant. | Case No.:  2:14-cv-00520-GMN-PAL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

COME NOW, the parties above-referenced, by and through their respective undersigned counsel of record and do voluntarily stipulate and agree that Plaintiff's Complaint be dismissed with prejudice.

The foregoing stipulation has been made by both parties after careful consideration of the merits of Plaintiff's Complaint and after fully discussing the premise and consequences of maintaining the action.  Both parties are fully aware of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

FPDOCS 30401523.1

and informed regarding these issues and do voluntarily agree with and authorize their counsel of record to submit this stipulation on their behalves and with the intent that the matter be dismissed in its entirety, with prejudice.

Dated this 26th February, 2015.            Dated this 26th February, 2015

**FISHER & PHILLIPS LLP**                  **KANG & ASSOCIATES**


By: /s/ Whitney J. Selert, Esq.            By: /s/ Patrick W. Kang, Esq.
    Whitney J. Selert, Esq.                    Patrick W. Kang, Esq.
    Nevada Bar No. 5492                        Kyle R. Tatum, Esq.
    3800 Howard Hughes Parkway                 6480 Spring Mountain Road #1
    Suite 950                                  Las Vegas, NV 89146
    Attorneys for Defendant Clark County       Attorneys for Plaintiff
    Department of Aviation                     Nestor Nazareno

## ORDER

   **IT IS SO ORDERED.**

   **IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 17), and Defendant's Motion to Vacate Settlement Conference (ECF No. 22), are hereby **DENIED as moot**.

   **DATED** this 27th day of February, 2015.

   _____
   Gloria M. Navarro, Chief Judge
   United States District Court

FPDOCS 30401523.1

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169